AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*March 10, 2018*

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Antonio MENDEZ-Gonzalez YOB:1971 | ) | Case No.  M-18-0516-M |
| Hector Manuel MENDEZ-Gutierrez YOB:1976 | ) | |
| COB: Mexico (as to both) | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   March 09, 2018,   in the county of   Starr   in the   Southern   District of   Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| TITLE 21 USC 841<br>TITLE 21 USC 846<br>TITLE 21 USC 952 | Defendants did conspire to knowingly and intentionally possess with the intent to distribute 8.90 kilograms of cocaine, a schedule II controlled substance, and attempted to import a controlled substance into the United States from Mexico. |

This criminal complaint is based on these facts:

See "Attachment A".

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on March 10, 2018.

☑ Continued on the attached sheet.

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probably cause found on:

s/ Mario E. Canales
*Complainant's signature*

Mario E. Canales, HSI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   03/10/18

*Judge's signature*

City and state:   McAllen, Texas

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

**Attachment A**

On March 09, 2018, United States Customs and Border Protection (CBP) requested assistance from Department of Homeland Security Investigations (HSI). HSI Task Force Officer (TFO) Mario E. Canales responded to the Falcon Dam, Texas Port of Entry (POE).

Subject Hector Manuel MENDEZ-Gutierrez, a citizen of Mexico, applied for admission into the United States at the Falcon Dam, Texas, Port of Entry (POE), as the driver of a 1999 red Ford Expedition bearing Mexico license plate number RPY651A, accompanied by Juan Antonio MENDEZ-Gonzalez, a citizen of Mexico. CBP Officers received a negative declaration from both MENDEZ-Gutierrez and MENDEZ-Gonzalez at vehicle primary. The vehicle was referred to secondary inspection. At secondary, a CBP Officer received a second negative declaration from both MENDEZ-Gutierrez and MENDEZ-Gonzalez. Upon inspection of the vehicle, the CBP Officer noticed a non-factory compartment. The CBP Officer continued the inspection inside the rear cargo area of the vehicle, lifted the carpet and observed a small trap door. CBP Officers lifted the trap door and noticed brick like packages wrapped in black tape. A total of 8 bricks of a white powdery substance weighing approximately 8.90 kilograms were extracted. The substance was field tested and tested positive for the presence of cocaine.

TFO Mario Canales read MENDEZ-Gutierrez his rights in the Spanish Language, which was witnessed by HSI Special Agent (SA) Rolando Lerma. MENDEZ-Gutierrez stated he understood and waived his rights to have an attorney present. MENDEZ-Gutierrez provided agents with the following statement:

- He was going to be contacted once he entered the United States and advised as to where he would be delivering the Expedition.
- He was going to be paid $2,000.00 dollars upon delivering the Expedition.
- He knew he was transporting narcotics in the Expedition.
- He had also transported narcotics prior to this occasion.

TFO Mario Canales read MENDEZ-Gonzalez his rights in the Spanish Language, which was witnessed by HSI Special Agent (SA) Rolando Lerma. MENDEZ-Gonzalez stated he understood and waived his rights to have an attorney present. MENDEZ-Gonzalez provided agents with the following statement:

- He was going to be contacted once he entered the United States and advised as to where he would be delivering the Expedition.
- He was going to be paid $5,000.00 dollars upon delivering the Expedition.
- He knew he was transporting cocaine in the Expedition.
- He had transported narcotics on three prior occasions.
- He had received $1,2000.00 dollars for his expenses and would receive the rest of the payment once he returned to Mexico.

MENDEZ-Gutierrez and MENDEZ-Gonzalez were placed under arrest and transported to the Starr County Jail to await their initial appearance before the United States Magistrate Judge in McAllen, Texas.